IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
JUN 18 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Junia Johanan
_____
Plaintiff,

-vs-

City of Beachwood Ohio
Shaker Heights, Ohio Municipal Police Dept.
Beachwood, Ohio Mayors Court
City of Beachwood, Ohio Prosecutor
Defendant(s)

1:24 CV 01022
CASE NO._____

JUDGE GAUGHAN
JUDGE _____

federal Rights Violation

Shaker Hts Municipal court #'s
24TRD03180 &
24CRB00423

Johanan was discriminated against / buying her property for Shaker Hts. The administrative process has begun for Shaker Hts cause #'s 24TRD03180 & 24CRB00423. Prosecution has no valid defense. Now comes the plaintiff, Junia J. listed as a Respondent in Shaker Heights, Ohio Municipal Court cause # 24CRB00423, Bringing the request of jurisdiction to the federal level as Johanan has a federal private (plate) non-exempt plate on her vehicle DOT#. The additional case is also 24TRD03180. Where officer lied in the affidavit which states that he saw a "written travel plate" on my vehicle which is NOT TRUE. The prosecution is unable to state a claim. Johanan requests that legislative be made per facts be established at the federal level vs. adjudicative facts. Officers allowed Johanan to leave initially. A 4th officer then came to undo this act. Johanan was not willing to be stranded with 2 small children & a friend that is disabled. Court seems / Prosecutor seems to have no proof of harm being done or a valid proof violation of federal rights of claim

33 Meadowgate Blvd
Bedford, Ohio 44146