**BEACHWOOD, OHIO MUNICIPAL COURT**
**BEACHWOOD, OHIO**
**JURISDICTION**

| | |
|---|---|
| BEACHWOOD, OHIO POLICE DEPARTMENT | Case No._____ |
| BEACHWOOD, OHIO CITY PROSECUTOR | |
| BEACHWOOD, OHIO MUNICIPAL COURT | NOTICE # 1" |
| SHAKER HEIGHTS, OHIO MUNICIPAL COURT | |
| Plaintiff, | |
| VS. Jessica Johanan living soul, Respondent | |

    Now comes the respondent with the first notice to all concerned parties after the initial filing was filed to the City of Beachwood, Ohio's prosecutor/law department to address any complaints regarding issues that the city of Beachwood has or has had with respondent. Be advised that any offers to contract was received an accepted contingent upon the conditional offer of acceptance for value notice that was sent to you on 6/15/2024.

    The offer that you present for respondent to accept any allegations of **"606.14 Obstructing Official Business, 414.01 Traffic Control Device and 436.091 Unlawful License Plates"** are to be accepted upon a successful proof of claim.

    Your offer is now hereby returned to you redrafted of my choosing withing no contract with you in full accord with fair debt collection, Regulation Z, Truth in Lending. I do not personally know you, do not know where you come from, do not understand your intent and do not recognize you. You have failed to comply with 26 USC 6065 which require your wet-ink autograph under the penalties of perjury.

You have failed to state a claim upon which relief can be granted. If you and all that you represent believe somehow that you represent anything pertaining to me, that is not the case at this point. You are fired and are not to be rehired. At this point, you still have 72 hours to respond to the original Conditional Offer of Acceptance for Value offer...as a little grace period will permit you a little extra time to provide a response.

Upon your successful completion of the request for a proof of a viable claim, all allegations mentioned earlier will be fully accepted.

    Respondent is to receive full due process and will not accept any offers/contracts to accept any short-cuts to eradicate and or circumvent this process.

    During the officer's BOUW's interaction with Johanan he mentioned that 'legislation was made by the state' and was forcing to impose legislative law on Johanan. Johanan operates out of common law primarily and there's legislative facts vs. adjudicator facts. The officer was out of his request to offer to have Johanan to offer up private trust property to be towed at her own expense.

    Since there was a statement made by two higher level officers that Johanan would be issued a warrant for an arrest, Johanan now places the court and all concerned parties on notice (The prosecutor, The entire police force and both the Beachwood Mayor's court as well as the Shaker Heights Municipal Court) that this cause will be moved to an article 3 court to present the adjudicative facts.

    In addition, Johanan places all concerned parties on notice that the warrant that is to be issued will be set aside (quashed) based on the adjudicative facts that are to be heard in Federal Court. Once that federal court notification is placed a number will be issued for which Johanan will provide all concerned parties with at the appointed time.

Thank You for your time,

June 16, 2024

_____
Jessica A. Johanan
Living soul
Authorized representative
Holder In Due Course
Not a corporation
Under reserve, without dishonor
Without prejudice, without recourse
In good faith, no dolus

NOTICE # 1" - 1

# Avouchment

Be it known, a notary public or other officer completing the certificate verifies only the identity of the individual signing the document, and not the truthfulness, accuracy, or validity of the document and does not constitute any adhesion, nor does it alter my status in any manner and does not grant entrance into any foreign jurisdiction. I am a disinterested third-party to said matter and not a BAR attorney and this is not legal advice.

I, Jessica-Ashley: Johanan do hereby avow under the penalty of perjury that this "NOTICE # 1" is true, correct, complete, certain and not misleading to the best of my knowledge, information, and conviction, and conveys the conditions set forth as I intend. Errors and omissions notwithstanding.

This is executed expressly without UNITED STATES [in the nature of 28 U.S.C. § 1746(1), in accord with Fed. R. Evid. 902(1)(B)].

Gwinnett County                                           )
                                                          ) av.
Georgia, The United States of America                     )

I, as Notary Public, acting in good faith, witness and duly attest that the Wo/Man executing this document before me (a) proves to me to be the one authorized to use the person JESSICA ASHLEY JOHANAN via sufficient evidence and (b) subscribed and avowed before me this, 16th day of June A.D. 2024 executed by My Signature and Seal, as authorized under my commission.

"*Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State.*" [U.S. Constitution, Article IV Relationships Between the States]

A photo copy has the same weight and strength as the wet ink signed genuine original.

Void where prohibited by law.

Without recourse. Without prejudice. All rights reserved. Non-assumpsit.

By: _____                      (Seal/Stamp)
    Notarial Official Signature
[18 U.S.C. § 1512 Tampering with a witness...]
[18 U.S.C. § 1519 Destruction, alteration, or falsification of records...]
[18 U.S.C. § 241 Conspiracy against rights]
[18 U.S.C. § 242 Deprivation of rights under color of law]

My Commission Expires: 09-27-2024

**LEGAL NOTICE**: A witness or certifying notary is independent, not a party to this action, and a federal witness pursuant to 18 U.S.C. § 1512, *Tampering with a witness, victim, or an informant*, who also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a notary public under color of law violates 18 U.S.C. §§ 241, 242, *Conspiracy against rights, Deprivation of rights under color of law*, making it a crime for one or more persons to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution or U.S. laws.

NOTICE # 1" - 2





conduct business.

Best,
Jessica Johanan

*Prosecution has no intent to work with respondent*

Hide trimmed content ∧

On Monday, June 17, 2024 at 03:09:33 AM GMT+8, Nathalie Supler <nathalie.supler@beachwoodohio.com> wrote:

Hello Ms. Johanan,

Sgt. Calvey forwarded your inquiry to me as I am the attorney prosecuting the charges against you. It is not the Officer's roll nor my roll to explain charges to you. You may seek legal representation on your own. If you feel the need to communicate prior to a pretrial in this case, please direct all future correspondence to me as the charges have been approved and I will be handling the matter going forward.

I will not be responding to any of your claims related to traveling versus operating or federal DOT numbers or any other inquiry of such a nature as they are irrelevant to the state traffic and criminal charges against you.

Thank you,
Nathalie Supler



Obstructing Official Business
606.14 (B.C.O.)
1st Degree Misdemeanor

**SHAKER HEIGHTS MUNICIPAL COURT**
**CUYAHOGA COUNTY, OHIO**

STATE OF OHIO
CITY OF BEACHWOOD

CASE NO. **24CRB 00423**

VS

**COMPLAINT AND AFFIDAVIT**

Jessica A. Johanan
33 Meadowgate Blvd.
Bedford, OH 44146

Before me, Sgt Bouw, a peace officer, personally came **Ptl. Daniel O'Malley**, who being duly sworn according to law, deposes and says that on or about the **14th** day of **June, 2024**, approximately **1455 P.M.**, at **Eaton Blvd. and Richmond Rd.** in Beachwood, Cuyahoga County, Ohio, one **Jessica A. Johanan** Social Security No. **###-##-1507** D.O.B. **07/01/1985**.

→ Johanan needed help via onstar.

**No person, without privilege to do so and with purpose to prevent, obstruct or delay the performance by a public official of any authorized act within the public official's official capacity, shall do any act that hampers or impedes a public official in the performance of the public official's lawful duties. TO WIT: Johanan did knowigly flee from officers while they attempted to serve a traffic citation and tow her vehicle.**

In violation of Section **606.14** of the Codified Ordinances of the City of Beachwood

onstar called police to assist which Johanan was ok with

_____ #92
Affiant

SWORN TO and subscribed before me, this **14th** day of **June, 2024.**

_____ 573
Judge/Clerk/Deputy Clerk/Peace Officer Authorized Pursuant to R.C. 2935.081/Notary Public; My Commission Expires: _____

Pursuant to R. C. 2935, the prosecutor has determined this complaint be filed.
**NATHALIE SUPLER:**    Date: 6-14-24    Time: 1680hrs    Initial: N.S./DO

DEPOSIT FOR COSTS: _____

You are hereby notified to appear in Shaker Heights Municipal Court, 3355 Lee Road, Shaker Heights, Ohio, on the _____ day of _____, _____, at _____ a.m..

☐ Clerk of Courts    ☐ Warrant Return    ☐ Detectives    ☐ Defendant    ☐ Prosecutor

*Johanan was released to go by the first official that she cooperated & worked with. Johanan did not allow anyone to take or tow her private vehicle to leave her stranded

## SHAKER HEIGHTS MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

24CRB 00423

STATE OF OHIO
CITY OF BEACHWOOD

CASE NO._____

vs.

### WARRANT ON COMPLAINT

Jessica A. Johanan
33 Meadowgate Blvd.
Bedford, OH 44146

TO ANY LAW ENFORCEMENT OFFICER OF THE CITY OF BEACHWOOD: WHEREAS, there has been filed before me a complaint and affidavit, the original of which is herewith annexed and by reference made a part of this warrant, you are ordered to arrest **Jessica A. Johanan** and bring him/her before this court without unnecessary delay. You **may not** issue a summons in lieu of arrest or issue a summons after arrest.

(Special instructions)

_____
Deputy Clerk
Shaker Heights Municipal Court
3355 Lee Road, Shaker Heights, OH 44120
(216) 491-1300

Received by _Ptl. Daniel O'Malley #92_ for service

Date: June 14, 2024

### RETURN OF EXECUTED WARRANT
RECEIVED THIS WARRANT ON _____ , _____ , at _____ o'clock

On _____ , _____ , I arrested the named defendant and gave him/her a copy of this warrant with complaint attached and brought her to the City of Beachwood.

Date : _____ , _____
                                              _____
Time: _____                                  Arresting Officer

### RETURN OF UNEXECUTED WARRANT
Received this warrant on _____, 20____, at _____ o'clock.

On _____, 20____, I attempted to execute this warrant but was unable

to do so because _____
(state specific reason or additional information regarding defendant's whereabouts)

Date:_____, 20_____       Executing Officer_____

☐Defendant's Copy   ☐Police Dept. Copy   ☐Court Copy   ☐Law Dept Copy   ☐Return of Service Copy

IN THE
SHAKER HEIGHTS MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

IN RE: Jessica A. Johanan
        Defendant
CIF # _____
REPORT # 24024128
ARRESTING AGENCY: **BEACHWOOD P.D.**

CASE NO: **24CRB00423**
**24TRD03180**

AFFIDAVIT TO ESTABLISH
PROBABLE CAUSE FOR THE
ISSUANCE OF ARREST
WARRANT INCLUDING
WARRANTLESS ARREST
(R.C. 2935.08/Crim. R. 4)

STATE OF OHIO          )
CITY OF **BEACHWOOD**   )SS
CUYAHOGA COUNTY    )

NOW COMES Ptl. O'Malley, being first duly sworn according to law, deposes and says that: (Affiant Officer/Detective/Complainant)

1. I am a commissioned police officer for the city of **Beachwood** and request there be issued a Warrant Upon Complaint in compliance with Crim.R.4.

2. The attached complaint(s)/affidavit(s) is filed with this court against the above-named defendant with the following identifiers: DOB: 07/01/1985 SEX: F HT: 4-11 WT: 180 HAIR COLOR: BLK EYE COLOR: BRO SSN: 1507
(Last four digits)

3. DATE/TIME OF ARREST, IF **WARRANTLESS ARREST**: Click here to enter a date

4. (Choose one): ☐ The attached complaint contains a statement of facts setting forth probable cause that a violation of the ordinance/statute listed therein has occurred within the jurisdiction of this court constituting the crime of _____,
a ☒ misdemeanor ☐ felony of the _____ degree.

OR

☒ The probable cause that a violation of ordinance/statute has occurred within the jurisdiction of this court is as follows: On 6-14-24, at approximately 1421 hours, I observed a copper in color Buick Encore with its hazards lights on eastbound in the left turn lane on Eaton Blvd. at Richmond Road. The vehicle had the word "TRAVELER" typed out on a white sheet of paper displayed in the rear license plate holder. The vehicle owner, Jessica Johanan, stated she has never registered her vehicle. When Jessica was told she was going to be issued a traffic citation and we were going to tow her vehicle, she drove off. Jessica made a right (south) hand turn against a steady red traffic control device towards Harvard Road to prevent officers from issuing her a citation and to avoid her car being towed. Prior to Jessica driving off, she was informed if she did so, a warrant would be issued for her arrest.

[Handwritten annotation: "This was not on paper but on the metal plate. Johanan has the receipt for this."]

[Handwritten annotation at bottom: "Jessica told police that her vehicle was not registered to the State thus Beachwood has no authority to tow vehicle. Period. Jessica told police she would be driving off because its her private vehicle"]

in violation of

| Code Section | Title of Alleged Crime | Degree Crime |
|---|---|---|
| 606.14 (B.C.O.) | Obstructing Official Business | M1 |
| 414.01 (B.C.O) | Traffic Control Device | M1 |
| 436.091(a) (B.C.O.) | Unlawful License Plates | M1 |

5. The following evidence/information identifies the Defendant as the person who committed the offense(s):
Jessica A. Johanan was positively identified by B.M.V. photograph as well as her Unites States of America passport.

☐ See additional pages.

6. The basis in whole or in part for the facts alleged in the complaint/affidavit and this affidavit are based upon the following evidentiary sources and information: (Check all that apply)
☒ Affiant's personal knowledge and/or observations
☒ Information relayed to the affiant by other officers known to the affiant
☐ Verified information from police reports
☐ Witness statements
☒ Investigative materials gathered by affiant
☐ Knowledge gained from a reliable informant, citizen witness or the victim(s) of the alleged offense and the affiant found this individual to be credible because:

☐ Other:

7. The affiant believes that the Defendant committed the charged offense(s) due to the information, evidence and knowledge gained from personal observation or relayed to the affiant from other officers, informants or witnesses.

FURTHER AFFIANT SAYETH NAUGHT.

_____ #92
Affiant Officer/Detective/Complainant

Sworn to and subscribed in my presence this _15th_ day of _June_ 20_24_.

_____ 573
Judge/Clerk of Court/Deputy Clerk of Court/Peace Officer Authorized Pursuant to R.C. 2935.081/
Notary Public - My Commission Expires_____

R:\Forms\Crim Traf\Affidavit to establish probable cause for the issuance of arrest warrant. Rev 1/22/15

Johanan v/u
told that she had an
active drivers license, TRUE.

This is for work only. In
Johanan's private capacity
she travels.

(BWD) HV PP SH UH

## SHAKER HEIGHTS MUNICIPAL COURT
### PROBABLE CAUSE DETERMINATION

**24TRD03180**

Defendant: Jessica Johanan   Case No: **24CRB00423**

( ) Felony  [X] Misdemeanor  ( ) Both

Offense(s) Charged: 606.14 - Obstructing Official Business -m1 / 414.01 - traffic control device -m1 / 436.021 - Unlawful license Plates -m1

### GENERAL CHECKLIST
(Reviewing Official to check all that apply)

(✓) Jurisdiction: The complaint/affidavit(s) alleges the offense was committed within the jurisdiction of the Shaker Heights Municipal Court.

(✓) Identity: The complaint/affidavit(s) alleges the name, date of birth, sex, height, weight, hair color and eye color of the defendant.

(✓) Facts: The complaint/affidavit(s) contain a statement of facts indicating that a violation of statute or ordinance occurred and that the defendant violated said statute or ordinance.

(✓) Statute/Ordinance: The complaint/affidavit(s) states the appropriate numeric designation of the statute or ordinance charging the crime.

If all of the above items are checked, proceed to the next section.

### BASIS FOR ARREST WARRANT FOR THIS DEFENDANT
(Reviewing official to complete and initial the following questions)

Does the Affidavit for Warrant provide the following:

1. A factual basis that would cause a reasonable and prudent person to believe the alleged offense was committed? (YES)/NO _____ If yes, proceed to number 2.

2. A factual basis that would cause a reasonable and prudent person to believe that the defendant committed the offense or was complicit in committing the offense? (YES)/NO _____ If yes, proceed to number 3.

3. An indication of how the affiant obtained the alleged facts: Were the facts based upon personal knowledge or knowledge gained from a known reliable informant, citizen or officer or from a less than reliable person whose statements were factually corroborated? If the basis is hearsay, is there a substantial basis to believe the source to be credible and was there a factual basis for the information being furnished: (YES)/NO _____ If yes, proceed to number 4.

4. Does the complaint/affidavit answer the question: "What makes you think the defendant committed the offense charged?" (YES)/NO _____

If all of the above questions are answered in the affirmative, proceed to next section.

UPON REVIEW OF THE COMPLAINT/AFFIDAVIT(S), I FIND THERE [X] IS / [ ] IS NOT PROBABLE CAUSE.

6/17/24 / 10:36AM       _____
Date         Time       Judge/Magistrate/Clerk/Judicial Officer Designated by Judge

S.H. ONLY: Bond set at _____, 10%, Cash or Surety.

Unlawful License Plates
436.091(a) (B.C.O.)
1st Degree Misdemeanor

## SHAKER HEIGHTS MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

**STATE OF OHIO**
**CITY OF BEACHWOOD**

CASE NO. **24TRD 08180**

vs

## COMPLAINT AND AFFIDAVIT

Jessica A. Johanan
33 Meadowgate Blvd.
Bedford, OH 44146

Before me, Sgt Bouw, a peace officer, personally came **Ptl. Daniel O'Malley**, who being duly sworn according to law, deposes and says that on or about the **14th** day of **June, 2024**, approximately **1421 P.M.**, at **Eaton Blvd. and Richmond Rd.** in Beachwood, Cuyahoga County, Ohio, one **Jessica A. Johanan** Social Security No. ###-##-**1507** D.O.B. **07/01/1985**.

> **No person who is the owner of a motor vehicle which is parked or operated upon the public streets or highways shall fail to annually file the application for registration or to pay the tax therefor, as required by Ohio R.C. Chapter 4503. TO WIT: Johanan did knowingly display a white sheet of paper of the word "TRAVELER" in the rear license plate of her vehicle. Johanan stated she has never registered the vehicle but she does own the vehicle.**

In violation of Section **436.091(a)** of the **Codified Ordinances of the City of Beachwood**

_____
Affiant

SWORN TO and subscribed before me, this **14th** day of **June, 2024**.

_____ 573
Judge/Clerk/<u>Deputy Clerk</u>/Peace Officer Authorized Pursuant to R.C. 2935.081/Notary Public: My Commission Expires: _____

Pursuant to R. C. 2935, the prosecutor has determined this complaint be filed.
**NATHALIE SUPLER:** Date: 6-14-24  Time: 8x Hrs  Initial: NS/Do

DEPOSIT FOR COSTS: _____

You are hereby notified to appear in Shaker Heights Municipal Court, 3355 Lee Road, Shaker Heights, Ohio, on the _____ day of _____, _____, at _____ a.m..

☐ Clerk of Courts  ☐ Warrant Return  ☐ Detectives  ☐ Defendant  ☐ Prosecutor

## SHAKER HEIGHTS MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

**STATE OF OHIO**
**CITY OF BEACHWOOD**

vs.

CASE NO: 24TRD03180

**WARRANT ON COMPLAINT**

Jessica A. Johanan
33 Meadowgate Blvd.
Bedford, OH 44146

TO ANY LAW ENFORCEMENT OFFICER OF THE CITY OF BEACHWOOD: WHEREAS, there has been filed before me a complaint and affidavit, the original of which is herewith annexed and by reference made a part of this warrant, you are ordered to arrest **Jessica A. Johanan** and bring him/her before this court without unnecessary delay. You may not issue a summons in lieu of arrest or issue a summons after arrest.

(Special Instructions)

_____
Deputy Clerk
Shaker Heights Municipal Court
3355 Lee Road, Shaker Heights, OH 44120
(216) 491-1300

Received by _Ptl. Daniel O'Malley #92_ for service

Date: June 14, 2024

### RETURN OF EXECUTED WARRANT

RECEIVED THIS WARRANT ON _____ , _____, at _____ o'clock

On _____ , _____, I arrested the named defendant and gave him/her a copy of this warrant with complaint attached and brought her to the City of Beachwood.

Date: _____ , _____

Time: _____

_____
Arresting Officer

### RETURN OF UNEXECUTED WARRANT

Received this warrant on _____, 20____, at _____ o'clock.

On _____, 20____, I attempted to execute this warrant but was unable to do so because _____
(state specific reason or additional information regarding defendant's whereabouts)

Date: _____, 20_____          Executing Officer _____

☐ Defendant's Copy   ☐ Police Dept. Copy   ☐ Court Copy   ☐ Law Dept. Copy   ☐ Return of Service Copy